ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7025
FAX: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for U.S. CUSTOMS AND
BORDER PROTECTION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ARMANDO CAUICH CASTILLO, | No. 3:23-cv-03110-RS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF FOIA CLAIMS WITH THE EXCEPTION OF ATTORNEY'S FEES; ORDER** |
| v. | |
| U.S. CUSTOMS AND BORDER PROTECTION, | |
| Defendant. | |

Subject to the approval of the Court, Plaintiff Jose Armando Cauich Castillo and Defendant U.S. Customs and Border Protection, by and through their undersigned attorneys, hereby stipulate and agree as follows:

1. The parties jointly stipulate to the voluntary dismissal of this action in its entirety with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the exception of the issue of attorney's fees.

2. The parties further stipulate that the time within which Plaintiff may file a motion for attorneys' fees pursuant to Civil Local Rule 54-5 shall be extended to November 22, 2023. Defendant's

1  Opposition to any motion shall be filed by December 12, 2023.  Plaintiff's optional reply shall be filed
2  by December 19, 2023.
3       3.     In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that each
4  signatory has concurred in the filing of this document.
5       IT IS SO STIPULATED.

6  DATED: October 31, 2023                Respectfully submitted,

7                                         ISMAIL J. RAMSEY
                                          United States Attorney
8
                                                 /s/ Pamela T. Johann
9                                         PAMELA T. JOHANN
                                          Assistant United States Attorney
10
                                          Attorneys for Defendant
11

12 DATED: October 31, 2023                NATIONAL IMMIGRATION LITIGATION
                                          ALLIANCE
13
                                                 /s/ Trina Realmuto
14                                        TRINA REALMUTO

15                                        Attorney for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The action is dismissed with prejudice. Plaintiff may file a motion for attorneys' fees pursuant to Civil Local Rule 54-5 by November 22, 2023. Defendant's Opposition to any motion shall be filed by December 12, 2023. Plaintiff's optional reply shall be filed by December 19, 2023. The Case Management Conference scheduled for November 16, 2023 is vacated.

DATED: 10/31/2023

THE HONORABLE RICHARD SEEBORG
Chief United States District Judge