1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2   MICHELLE LO (NYRN 4325163)
    Chief, Civil Division
3   PAMELA T. JOHANN (CABN 145558)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7025
6       FAX: (415) 436-6748
        pamela.johann@usdoj.gov
7
    Attorneys for U.S. CUSTOMS AND
8   BORDER PROTECTION

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  JOSE ARMANDO CAUICH CASTILLO,      )   No. 3:23-cv-03110-RS
                                       )
15          Plaintiff,                 )   **STIPULATED REQUEST TO MODIFY**
                                       )   **BRIEFING AND HEARING SCHEDULE AND**
16      v.                             )   **REQUEST FOR ZOOM HEARING;**
                                       )   **ORDER**
17  U.S. CUSTOMS AND BORDER            )
    PROTECTION,                        )
18                                     )
            Defendant.                 )
19  _____   )

20

21          Subject to the approval of the Court, Plaintiff Jose Armando Cauich Castillo and Defendant U.S.

22  Customs and Border Protection, by and through their undersigned attorneys, hereby stipulate and agree

23  as follows:

24          1.      Pursuant to the parties' stipulation, the Court entered an order setting a briefing schedule.

25  Dkt. No. 16.  Pursuant to that Order, Defendant's Opposition to Plaintiff's motion for attorneys' fees is

26  due December 12, 2023.  The hearing on Plaintiff's motion is currently set for January 4, 2024.  Dkt.

27  No. 19.

28          2.      Due to a family matter, Agency Counsel has been called away from the office and is

STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE
No. 3:23-cv-03110-RS                          1

1   unavailable to assist in the preparation of Defendant's Opposition.  Accordingly, Defendant has

2   requested, and Plaintiff has agreed, to extend its time to respond to December 22, 2023.

3          3.      In addition, Plaintiff's counsel is in Massachusetts and has requested to appear for the

4   hearing by Zoom.  Counsel for Defendant has agreed to that request.

5          4.      Accordingly, the parties propose the following modification to the briefing and hearing

6   schedule for Plaintiff's motion for attorney's fees:

7          • Defendant's Opposition to be filed by December 22, 2023

8          • Plaintiff's Reply to be filed by January 12, 2024

9          • Hearing:  February 1, 2024 at 9:30 a.m., via Zoom.

10  The parties respectfully request that the Court enter an order modifying the schedule for Plaintiff's

11  motion accordingly.

12         5.      In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that each

13  signatory has concurred in the filing of this document.

14         IT IS SO STIPULATED.

15  DATED: December 8, 2023                      Respectfully submitted,

16                                              ISMAIL J. RAMSEY
                                                United States Attorney
17
                                                        /s/ Pamela T. Johann
18                                              PAMELA T. JOHANN
                                                Assistant United States Attorney
19
                                                Attorneys for Defendant
20
21  DATED: December 8, 2023                      NATIONAL IMMIGRATION LITIGATION
                                                ALLIANCE
22
                                                        /s/ Trina Realmuto
23                                              TRINA REALMUTO
24                                              Attorney for Plaintiff

25

26

27

28

STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE
No. 3:23-cv-03110-RS                                    2

1

**ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED. The schedule for Plaintiff's motion for

3 attorneys' fees is modified as follows:

4     1.     Defendant's Reply to be filed by December 22, 2023

5     2.     Plaintiff's Reply to be filed by January 12, 2024

6     3.     Hearing: February 1, 2024, at 1:30 pm

7 The hearing will be conducted entirely by Zoom.

8

9 DATED: 12/8/2023

10

   _____

   THE HONORABLE RICHARD SEEBORG

11    Chief United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28